# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0355. EDWARDS v. THE STATE.

Proceeding pro se, Anthony Edwards filed a notice of appeal from the trial court's order denying various post-conviction motions. Following a transfer from the Supreme Court of Georgia, we docketed Edwards's appeal on September 7, 2018. Edwards's brief of appellant was due on September 27, 2018.

Over five months have passed, and Edwards still has not filed a brief of appellant. Accordingly, his appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/14/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*